AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CAROL DALENKO, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:09-CV-117-F** |
| | ) | |
| W. SIDNEY ALDRIDGE, | ) | |
|     Defendant. | ) | |
| | ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Defendant's Protective Motion for Extension of Time is ALLOWED, and the Defendant's Protective Motion to Strike Plaintiff's Amended Complaint or, in the Alternative, to Dismiss the Complaint is deemed timely filed. Moreover, Defendant's Protective Motion is ALLOWED, Plaintiff's Motion for Leave to file Supplemental Complaint is DENIED, and this action is DISMISSED. Any other pending motions are DENIED as moot. The Clerk of Court is DIRECTED to close this case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 3, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Carol Dalenko | W. Sidney Aldridge |
| 1709 Horton Road | P.O. Box 18237 |
| Knightdale, NC 27545-8577 | Raleigh, NC 27612 |

| | |
|---|---|
| December 3, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |